IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FRANK D. GREESON, #51061**

  **Petitioner,**

**v.**                 **Case No.  4:14cv605-MW/CAS**

**MICHAEL CREWS,**

  **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No.3.  Upon consideration, no objection having been filed by Petitioner,

  IT IS ORDERED:

  The report and recommendation is **accepted and adopted** as this Court's opinion.   This cause is **transferred** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

  **SO ORDERED on December 15, 2014.**

                **s/Mark E. Walker     **
                **United States District Judge**